

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00632-CV

**IN RE** Alonso Ancira **ELIZONDO**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
              Adrian A. Spears II, Justice
              H. Todd McCray, Justice

Delivered and Filed: March 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; TEMPORARY STAY LIFTED

Relator, Alonso Ancira Elizondo ("Elizondo"), filed his petition for writ of mandamus and motion for emergency stay on October 3, 2025. We granted the temporary stay and requested the real party in interest and the respondent to file their responses no later than October 23, 2025. The real parties in interest filed a timely response and Elizondo replied. This court has reviewed the arguments of the parties, the record, and applicable law and determined that Elizondo has not established that he is entitled to the relief requested. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The temporary stay is lifted.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-CI-23138, styled *Carola de los Angeles Garcia Montes de Oca et al. v. Alonso Ancira Elizondo*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.